UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-01709 JVS(JDEx) | Date | January 17, 2019 |
| Title | **Gil Jeon v. Ben Anderson, et al.** | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Karla J. Tunis | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)
ORDER REMOVING ACTION FROM ACTIVE CASELOAD AND DIRECTING THE PARTIES TO FILE STATUS REPORTS

This Court, having stayed the above action on December 17, 2018, pending the review and recommendation by the Register of Copyrights, hereby removes this action from the active caseload to be reinstated upon application of the parties.

In order to permit the Court to monitor this action, the Court hereby orders counsel to file a joint status report not later than March 17, 2019. Successive reports shall be filed every ninety (90) days thereafter. Each report must indicate the date on which the next report is due.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |